*Harold N. Fitzkee, Jr.,* for appellant.

*John T. Miller,* First Assistant District Attorney, with him *John F. Rauhauser, Jr.,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, June 29, 1967:
Order affirmed.

Mr. Justice JONES and Mr. Justice COHEN took no part in the consideration or decision of this case.

## Westchester National Bank of Dade County, Appellant, *v.* Miller.

Argued November 23, 1966. Before BELL, C. J., MUS-MANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

*D. Arthur Magaziner,* with him *Mancill, Sterling, Magaziner and Semans,* for appellant.

*Milton J. Kolansky,* with him *Samuel Marx,* for appellee.

OPINION PER CURIAM, June 29, 1967:
Order affirmed.

## Roesing *v.* 1622 Chestnut Street Associates, Appellant.

Argued November 30, 1966. Before BELL, C. J., MUS-MANNO, JONES, EAGEN, O'BRIEN and ROBERTS, JJ.

re-argument refused August 15, 1967.

*F. Emmett Fitzpatrick, Jr.,* with him *Leonard L. Creskoff* and *David L. Creskoff,* for appellant.

*Richard M. Rosenbleeth,* with him *Blank, Rudenko, Klaus & Rome,* for appellee.

OPINION PER CURIAM, June 29, 1967:
Order affirmed.
Mr. Justice COHEN took no part in the consideration or decision of this case.

## Binenstock Trust.

Argued May 24, 1967. Before BELL, C. J., MUS-MANNO, EAGEN, O'BRIEN and ROBERTS, JJ.